Z. Kathryn Branson, Bar No. 11540
kbranson@littler.com
Kelsey E. Stegall, Bar No. 14279
kstegall@littler.com
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:	702.862.8800
Fax No.:	702.862.8811

Attorneys for Defendant
VIRTUAL GUARD, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAWN YOSEF, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>VIRTUAL GUARD, INC.;<br>EMPLOYEE(S)/AGENT(S) DOES I-X; and<br>ROE CORPORATIONS XI-XX, inclusive,<br><br>            Defendant. | Case No. 2:21-cv-02052-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO FILE DISMISSAL DOCUMENTS**<br><br>**[FIRST REQUEST]** |

Plaintiff DAWN YOSEF ("Plaintiff") and VIRTUAL GUARD, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to extend the time to file the dismissal documents currently set for March 18, 2022, (ECF No. 14).

The parties are currently in the final stages of finalizing settlement and issuing the settlement payment and require a brief extension of time beyond the original March 18, 2022 deadline to do so. In part, this extension is necessary to account for the proscribed revocation period.

The parties have been diligently working to finalize the settlement agreement and payment, and they are confident that it will be fully executed with the corresponding payment delivered shortly. Accordingly, the parties request a 30-day extension from the Court's March 18, 2022 deadline (*see* ECF No. 14) to allow for the revocation period to pass, fully execute the agreement, issue the

settlement payment, and file the dismissal paperwork. The parties therefore respectfully request the deadline to file the dismissal paperwork be extended to **Monday, April 18, 2022**.

      This request is made in good faith and not for the purpose of delay.

Dated: March 11, 2022

GABROY LAW OFFICES

/s/ Christian Gabroy
Christian Gabroy, Esq. (#8805)
Kaine Messer, Esq. (#14240)

Attorneys for Plaintiff
DAWN YOSEF

Dated: March 11, 2022

LITTLER MENDELSON P.C.

Z. Kathryn Branson (#11540)
Kelsey E. Stegall (#14279)

Attorneys for Defendant
VIRTUAL GUARD, INC.

**ORDER**

IT IS SO ORDERED.

Dated this  11th  day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

4875-7209-1923.2 / 111656-1002