Z. Kathryn Branson, Bar No. 11540
kbranson@littler.com
Kelsey E. Stegall, Bar No. 14279
kstegall@littler.com
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:    702.862.8800
Fax No.:         702.862.8811

Attorneys for Defendant
VIRTUAL GUARD, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAWN YOSEF, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>VIRTUAL GUARD, INC.;<br>EMPLOYEE(S)/AGENT(S) DOES I-X; and<br>ROE CORPORATIONS XI-XX, inclusive,<br><br>　　　　　　　Defendant. | Case No. 2:21-cv-02052-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

　　　　Plaintiff DAWN YOSEF (hereinafter "Plaintiff") and Defendant, VIRTUAL GUARD, INC. ("Defendant") (collectively "the parties"), by and through their respective attorneys of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

/ / /

/ / /

/ / /

4865-4450-7667.1 / 111656-1002

The parties agree that neither party shall be deemed to be a prevailing party in this action, and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: March 22, 2022

GABROY LAW OFFICES

/s/ Christin Gabroy
Christian Gabroy, Esq. (#8805)
Kaine Messer, Esq. (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, #280
Henderson, NV 89012
T: 702.259.7777
F: 702.259.7704
christian@gabroy.com
kmesser@gabroy.com

Attorneys for Plaintiff
DAWN YOSEF

Dated: March 22, 2022

LITTLER MENDELSON P.C.

Z. Kathryn Branson (#11540)
Kelsey E. Stegall (#14279)
3960 Howard Hughes Parkway, #300
Las Vegas, NV 89169
T: 702.862.8800
F: 702.862.8811
kbranson@littler.com
kstegall@littler.com

Attorneys for Defendant
VIRTUAL GUARD, INC.

IT IS SO ORDERED:

RICHARD E. BOULWARE, II
United States District Court

DATED: March 23, 2022.

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

4865-4450-7667.1 / 111656-1002

2